ADRIENNE C. PUBLICOVER (SBN 161432)
Email:  Adrienne.Publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email:  Dennis.Rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105-2725
Telephone:  415.433.0990
Facsimile:   415.434.1370

Attorneys for Plaintiff,
SUN LIFE ASSURANCE COMPANY OF CANADA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Plaintiff,<br><br>vs.<br><br>KARINE MANOOKIAN REVOCABLE TRUST, by and through Norma Gordoa, Trustee, and GAGIK MANOOKIAN, Individually and in his capacity as Parent and Natural Guardian of E.S.M., a Minor,<br><br>Defendant. | Case No.  3:15-cv-02113 CRB<br><br>**SUN LIFE ASSURANCE COMPANY OF CANADA'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br><u>Supporting Document(s):</u><br>Declaration of Dennis J. Rhodes |

Plaintiff Sun Life and Health Insurance Company (U.S.) ("Sun Life"), hereby requests an order from this Court continuing the Case Management Conference, currently set for August 21, 2015, for good cause as follows.

**PROCEDURAL HISTORY**

Sun Life filed this interpleader action on May 13, 2015.  (Docket Entry, #1).  In the action, Sun Life noted the competing claims of defendants Gagik Manookian,  E.S.M. a minor and the Karine Manookian Revocable Trust (Defendant Trust).  The Court issued summonses on May 13, 2015. (Docket Entries #7, #8.)

On May 20, 2015, Sun Life requested all defendants accept service via a waiver of service of summons by mailing said request to each defendant.  Defendant Trust, though trustee Norma Gordoa, returned the signed waiver, dated May 27, 2015 and Sun Life duly filed notice of service of

summons. (Docket Entry #9.) Defendant Gagik Manookian in his individual capacity and as guardian of minor defendant E.S.M. returned the waiver, which was received by counsel for Sun Life on June 10, 2015 and the certificate of service filed with this Court on June 11, 2015. (Docket Entry # 11.) Accordingly, Defendants' responsive pleadings were due July 20, 2015.

This Court issued its Order Setting Case Management Conference on June 29, 2015. (Docket Entry #16.) Pursuant to this Court's rules, the Order Setting Case Management Conference was provided to defendants on July 17, 2015 and the certificate of said service filed that same date. (Docket Entry #17.)

**CURRENT STATUS**

As noted above, Defendants' responsive pleadings were due on July 20, 2015. To date, Defendants have not responded. Therefore, the matter is not at issue.

On August 6, 2015, counsel for Sun Life has sent letters Defendants advising that their responses to the complaint are overdue. Counsel also requested a response be filed within 10 days of the date of the letter. (See accompanying Declaration of Dennis J. Rhodes in support of the request for continuance of the Case Management Conference.)

Therefore, because the matter is not yet at issue, Sun Life requests a continuance of the Case Management Conference from August 21, 2015 to October 9, 2015 to allow Defendants time to appear in the action and all parties to meet and confer on case management issues in advance of the conference. In the event that the proposed date is not convenient for this Court, Sun Life request that the Case Management Conference be continued to a date as soon thereafter as best accommodates this Court's docket.

RESPECTFULLY SUBMITTED:

Date:  August 6, 2015         WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

                              By: /s/ *Dennis J. Rhodes* _____
                              ADRIENNE C. PUBLICOVER
                              DENNIS J. RHODES
                              Attorneys for Plaintiff
                              SUN LIFE ASSURANCE COMPANY OF CANADA

2
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1421657v.1

**ORDER**

Pursuant to the request herein, the Case Management Conference is continued to October 9, 2015 at 8:30 a.m.

Dated:  August 10, 2015

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE