| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER (SBN 161432) |
|   | Email: Adrienne.Publicover@wilsonelser.com |
| 2 | DENNIS J. RHODES (SBN 168417) |
|   | Email: Dennis.Rhodes@wilsonelser.com |
| 3 | WILSON, ELSER, MOSKOWITZ |
|   |     EDELMAN & DICKER LLP |
| 4 | 525 Market Street, 17th Floor |
|   | San Francisco, CA 94105-2725 |
| 5 | Telephone: 415.433.0990 |
|   | Facsimile: 415.434.1370 |
| 6 | Attorneys for Plaintiff, |
|   | SUN LIFE ASSURANCE COMPANY OF CANADA |
| 7 | |
|   | DANIEL BORNSTEIN (SBN 181711) |
| 8 | LAW OFFICES OF DANIEL BORNSTEIN |
|   | 100 Larkspur Landing Circle, Suite 110 Larkspur, California 94939 |
| 9 | Telephone: (415) 385-1186 |
|   | Facsimile: (415) 461-4022 Dan.Bornstein@gmail.com |
| 10 | Attorney For Defendant |
|   | GAGIK MANOOKIAN, Individually |
| 11 | and in his capacity as Parent and |
|   | Natural Guardian of E.S.M., a Minor |
| 12 | |
|   | MATTHEW J. GONSALVES (SBN: 95147) |
| 13 | LAW OFFICE OF MATTHEW J. GONSALVES |
|   | 438 Estudillo Avenue |
| 14 | San Leandro, California 94577 |
|   | Telephone: (510) 351-5102 |
| 15 | Fax: (510) 351-6311 |
|   | Attorney for Defendant |
| 16 | NORMA GORDOA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | | Case No. 3:15-cv-02113-CRB |
| | Plaintiff, | **STIPULATION OF DISMISSAL OF PLAINTIFF SUN LIFE ASSURANCE COMPANY OF CANADA AND [PROPOSED] ORDER THEREON** |
| vs. | | |
| KARINE MANOOKIAN REVOCABLE TRUST, by and through Norma Gordoa, Trustee, and GAGIK MANOOKIAN, Individually and in his capacity as Parent and Natural Guardian of E.S.M., a Minor, | | |
| | Defendants. | |

1

STIPULATION OF DISMISSAL OF PLAINTIFF SUN LIFE AND [PROPOSED] ORDER

1475544v.1

1   IT IS HEREBY STIPULATED by and between Plaintiff, SUN LIFE ASSURANCE
2   COMPANY OF CANADA ("Sun Life"), and defendants KARINE MANOOKIAN REVOCABLE
3   TRUST, by and through Norma Gordoa, Trustee (hereinafter "the Trust"), and GAGIK
4   MANOOKIAN, Individually and in his capacity as Parent and Natural Guardian of E.S.M., a Minor,
5   (hereinafter "Manookian")(Sun Life, Trust and Manookian collectively referred to hereinafter as
6   "the Parties"), by and through their attorneys of record, that Sun Life is hereby dismissed from this
7   action with prejudice, the Parties having resolved and settled all issues involving Sun Life.

Date: December 1, 2015          WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

                                By: /s/ Dennis J. Rhodes
                                ADRIENNE C. PUBLICOVER
                                DENNIS J. RHODES
                                Attorneys for Plaintiff
                                SUN LIFE ASSURANCE COMPANY OF CANADA

Date: December 1, 2015          LAW OFFICES OF DANIEL BORNSTEIN


                                By: /s/ Daniel Borstein
                                DANIEL BORSTEIN
                                Attorneys for Defendants
                                GAGIK MANOOKIAN, Individually
                                and in his capacity as Parent and
                                Natural Guardian of E.S.M., a Minor


Date: December 1, 2015          LAW OFFICE OF MATTHEW J. GONSALVES


                                By: /s/ Matthew J. Gonsalves
                                MATTHEW J. GONSALVES
                                Attorneys for Defendant
                                NORMA GORDOA

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Dennis J. Rhodes, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  December 1, 2015

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Plaintiff
SUN LIFE ASSURANCE COMPANY OF CANADA

## ORDER

Pursuant to the Stipulation of the Parties, Plaintiff Sun Life is hereby dismissed with prejudice.

Dated: December 4, 2015

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE